**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| **Place of Offense:** | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
|---|---|---|
| City: EDVA | Superseding Indictment: | **Criminal Number** |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | |
|---|---|---|
| Defendant Name: | MATTHEW PAUL TAYLOR | Alias Name(s): a/k/a "Matt Taylor" |
| | | a/k/a "Matthew Wolfe" |
| | | a/k/a "Matt Wolfe" |
| Address: | Fairborn, OH 45234 | |
| Employment: | | |
| Birth Date: 1977 | SS#: xxx-xx-4525  Sex: M  Race: | Nationality:  Place of Birth: |
| Height:  Weight: | Hair:  Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | |

## Location Status:

Arrest Date:

☐ Already in Federal Custody as of: ____ on: __ .

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☒ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

## U.S. Attorney Information:

| AUSA Therese N. O'Brien | Telephone No. 757-591-4000 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI SA Keysha Bailey, 757-455-0100

### U.S.C. Citations:

| Set 1 | 18 U.S.C. §§ 1343 and 2 | Wire Fraud | Felony | Counts 1-6 |
|---|---|---|---|---|
| Set 2 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Asset Forfeiture | | |
| | | | | |
| | | | | |